## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Bridgeport Pain Control Center, Ltd.

                                Plaintiff,

v.

                                Case No.:
                                1:12−cv−05881

                                Honorable Samuel Der−Yeghiayan

Trinity Physician Financial Insurance Services, et al.

                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 28, 2012:

      MINUTE entry before Honorable Samuel Der−Yeghiayan: The instant action is hereby dismissed without prejudice and with out costs pursuant to Plaintiff's notice of voluntary dismissal. All pending dates and motions, if any, are hereby stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.